NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN L. HOBSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3048

---

Petition for review of the Merit Systems Protection Board in case no. DE3330110269-I-1.

---

## ON MOTION

---

## ORDER

Kevin L. Hobson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 12 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kevin L. Hobson
    K. Elizabeth Witwer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 12 2012

JAN HORBALY
CLERK